Ariel A. Neuman - State Bar No. 241594
    aneuman@birdmarella.com
Fanxi Wang - State Bar No. 287584
    fwang@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiffs Edward Park and Richard Buyalos

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDWARD PARK, an individual; RICHARD BUYALOS, an individual,, <br><br> Plaintiffs, <br><br> vs. <br><br> JASON WONG, an individual, <br><br> Defendant. | CASE NO. 2:24-CV-00723-WLH-(AJRx) <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT'S *EX PARTE* APPLICATION TO VACATE THE CLERK'S DEFAULT ORDER** <br><br> Assigned to Hon. Wesley L. Hsu |

3939978.1

PLAINTIFFS' RESPONSE TO DEFENDANT'S *EX PARTE* APPLICATION TO VACATE DEFAULT

Plaintiffs Edward Park and Richard Buyalos respectfully submit the following response to Defendant's *Ex Parte* Application to Vacate the Clerk's Default (ECF No. 21).

Plaintiffs do not oppose Defendant's request to vacate the clerk's entry of default on substantive grounds.  Plaintiffs believed that substitute service on Defendant's mother at a residence owned by Defendant was proper and effective service, and had no knowledge that Defendant's mother was of diminished capacity, as Defendant now claims.

However, Plaintiffs oppose Defendant's *Ex Parte* Application on the procedural ground that such applications are for extraordinary relief, and Defendant has not stated any grounds for such emergency relief, or that Defendant would be "irreparably prejudiced" if the underlying motion is heard according to regular noticed motion procedures.  See, e.g., *Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 402 (C.D. Cal. 1995) (in order to justify *ex parte* relief, "the evidence must show that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures.").

Plaintiffs also disagree with Defendant's arguments concerning his "meritorious defenses," but will address those contentions substantively at the procedurally appropriate time.

| | | |
|---|---|---|
| 1 | DATED: March 28, 2024 | Ariel A. Neuman |
| 2 | | Fanxi Wang |
| 3 | | Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP |

By:   */s/ Fanxi Wang*
        Fanxi Wang
Attorneys for Plaintiffs Edward Park and Richard Buyalos

3939978.1

3

PLAINTIFFS' RESPONSE TO DEFENDANT'S *EX PARTE* APPLICATION TO VACATE DEFAULT